IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERALD H. LOWERY, SR.                                                                         PLAINTIFFS

v.                                             Case No. 4:18-cv-4108

WARDEN JEFFIE WALKER, Miller
County Detention Center (MCDC); NURSE
S. KING, Head Nurse MCDC; NURSE
CHELSEA FOSTER, MCDC; NURSE
LONNIE REDFEARN, MCDC; DR.
TIMOTHY REYNOLDS, MCDC;
SHERIFF JACKIE RUNION; SOUTHERN
HEALTH PARTNERS, INC.; and
MILLER COUNTY                                                                                 DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed September 30, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 55). Judge Bryant recommends that the Court grant the summary judgment motion (ECF No. 35) filed by Defendants Warden Jeffie Walker, Sheriff Jackie Runion, and Miller County (the "Miller County Defendants") and dismiss all claims against them with prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 55) *in toto*. The Miller County Defendants' summary judgment motion (ECF No. 35) is hereby **GRANTED**. Accordingly, Plaintiff's claims against Defendants Walker, Runion, and Miller County are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of October, 2019.

                                                                /s/ Susan O. Hickey
                                                                Susan O. Hickey
                                                                Chief United States District Judge