IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERALD H. LOWERY, SR.                                                                                   PLAINTIFF

v.                                             Case No. 4:18-cv-4108

NURSE S. KING, et al.                                                                                 DEFENDANTS

## ORDER

The above-styled and numbered case is currently set for trial on July 27, 2020. Per Administrative Order No. 2020-8, in order to minimize exposure to COVID-19, all civil and criminal trials (bench and jury) scheduled to begin before August 3, 2020, in the United States District Court for the Western District of Arkansas, are hereby continued and will be rescheduled. Accordingly, the trial of this matter is hereby continued and will commence at 9:00 a.m. on November 16, 2020, at the United States Courthouse, Texarkana, Arkansas. Counsel should adjust all remaining deadlines accordingly.

**IT IS SO ORDERED**, this 1st day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge