IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERALD H. LOWERY, SR.                                                                    PLAINTIFF

VS.                                    Civil No. 4:18-CV-4108

NURSE S. KING, et al.                                                                    DEFENDANTS

**O R D E R**

On this 16th day of August, 2021, IT IS ORDERED that the Order for Writ of Habeas Corpus Ad Testificandum and Writ of Habeas Corpus ad Testificandum entered on July 15, 2021, directing the Warden, Arkansas Department of Correction, Varner Unit, Grady, Arkansas 71644-0600, to produce Gerald H. Lowery, Sr., ADC# 171920, be set aside as naught.

The trial scheduled for August 17, 2021, at 9:00 a.m. is continued and will be rescheduled at a later date.

/s/ Susan O. Hickey
SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE