IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERALD H. LOWERY, SR.                                                    PLAINTIFF

VS.                              Civil No. 4:18-CV-4108

NURSE S. KING, et al.                                                    DEFENDANTS

## O R D E R

On this 14th day of September, 2021, IT IS ORDERED that the Order for Writ of Habeas

Corpus Ad Testificandum [ECF 90] and Writ of Habeas Corpus ad Testificandum [ECF 91] entered

on August 17, 2021, directing the Warden, Arkansas Department of Correction, Varner Unit, Grady,

Arkansas 71644-0600, to produce Gerald H. Lowery, Sr., ADC# 171920, be set aside as naught.

**/s/ Susan O. Hickey**
SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE